**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC. ) ) ) | |
| Plaintiff, ) ) | Case No:  2:15-cv-01644 |
| vs. ) ) | PATENT CASE |
| U.S. CELLULAR CORPORATION ) D/B/A U.S. CELLULAR ) ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE
41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE THAT Plaintiff Rothschild Connected Devices Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant U.S. Cellular Corporation D/B/A U.S. Cellular (U.S. Cellular) in *Rothschild Connected Devices Innovations, LLC v. U.S. Cellular Corporation D/B/A U.S. Cellular* E.D. Tex. Case No. 2:15-CV-01644), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Rothschild states that this notice has been filed prior to service by U.S. Cellular of an answer or motion to dismiss.

Dated: October 8, 2015                                     Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 8, 2015.

*/s/Jay Johnson*
Jay Johnson