# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. CELLULAR CORPORATION )<br>D/B/A U.S. CELLULAR )<br>)<br>Defendant. ) | Case No: 2:15-cv-01644<br><br>PATENT CASE |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT Plaintiff Rothschild Connected Devices Innovations, LLC, pursuant to Rule 4l(a)(l)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint against Defendant U.S. Cellular Corporation D/B/A U.S. Cellular (U.S. Cellular) in *Rothschild Connected Devices Innovations, LLC v. U.S. Cellular Corporation D/B/A U.S. Cellular* E.D. Tex. Case No. 2:15-CV-01644), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Rothschild states that this notice has been filed prior to service by U.S. Cellular of an answer or motion to dismiss.

Dated: October 8, 2015                    Respectfully submitted,

                              */s/Jay Johnson*
                              **JAY JOHNSON**
                              State Bar No. 24067322
                              **BRAD KIZZIA**
                              State Bar No. 11547550
                              **ANTHONY RICCIARDELLI**
                              State Bar No. 24070493
                              **KIZZIA JOHNSON, PLLC**
                              750 N. St. Paul Street, Suite 1320
                              Dallas, Texas 75201
                              (214) 613-3350
                              Fax: (214) 613-3330
                              jay@kjpllc.com
                              bkizzia@kjpllc.com
                              anthony@brownfoxlaw.com

                              **ATTORNEYS FOR PLAINTIFF**


### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 8, 2015.

                              */s/Jay Johnson*
                              Jay Johnson